RICHARD C. JOHNSON (SBN 40881)
SHAAMINI A. BABU (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
djohnson@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS; F.G. CROSTHWAITE and RUSSELL E. BURNS, as Trustees,<br><br>Plaintiffs,<br><br>vs.<br><br>DYNAMIC CONSULTANTS, INC., a California corporation; ANACON TESTING LABORATORIES, INC., a California corporation; and DOES 1-20,<br><br>Defendants. | Case No.:  CV 12-0487 WHA<br><br>**STIPULATION TO EXTEND DEADLINES; AND [~~PROPOSED~~] ORDER**<br><br>Complaint Filed:     1/31/12<br>Judge: Honorable William H. Alsup |
|---|---|

Pursuant to FED. R. CIV. P. RULE 6(b) and CIV. L.R. 6.1, Plaintiffs Pension Plan for Pension Trust Fund for Operating Engineers, F.G. Crosthwaite, and Russell E. Burns ("Plaintiffs"), and Defendants Dynamic Consultants, Inc. and Anacon Testing Laboratories, Inc. ("Defendants") hereby stipulate as follows:

1. The instant action arises under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. § 1001 *et seq.* Plaintiffs are seeking, among other things, money damages, liquidated damages, injunctive relief, and attorneys' fees and costs.

2. On March 19, 2012, the parties stipulated that Defendants shall have an extension of time up through and including April 4, 2012, to respond to the Complaint. Docket No. 9.

3. On March 21, 2012, the court issued an order providing Defendants with an extension until April 4, 2012, to respond to the Complaint pursuant to the parties' stipulation. Docket No. 10.

4. Defendants have produced various financial records that Plaintiffs have evaluated. Defendants intend to produce additional financial records and will order copies of tax records for Defendant Anacon Testing Laboratories, Inc. from Internal Revenue Services that are otherwise unavailable. The financial records are necessary for the Plaintiffs to ascertain the financial status and assets of Defendants so that the parties can attempt to negotiate a settlement.

5. Based on the foregoing, the parties hereby stipulate to the extension of deadlines and respectfully request the Court to extend the deadlines as follows:

| Prior Date | New Date | Event | Governing Rule |
|---|---|---|---|
| 4/26/11 (Dkt # 2) | 6/7/12 | Last day to:<br>• meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification signed by parties and counsel<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | F.R.Civ.P. 26(f)<br>ADR L.R. 3.5<br>L.R.3-5<br><br>Civil L.R. 16-8 (b)<br>ADR L.R. 3-5(b)<br>Civil L.R. 16-8 (c)<br>ADR L.R. 3-5(b)-(c) |
| 5/10/12 (Dkt #2) | 6/21/12 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | F.R.Civ.P. 26(a) (1)<br>Civil L.R . 16-9 |
| 5/17/12 at 11:00 am (Dkt #2) | 6/28/12 at 11:00 am | Initial Case Management Conference | Civil L.R . 16-10 |

7. The parties believe that an extension of the deadlines promotes judicial economy and will help effectuate a just, speedy, and inexpensive determination of this action. *See* FED. R. CIV. P. 1.

Dated:  April 27, 2012                           SALTZMAN & JOHNSON LAW CORPORATION

By:        /s/
  Shaamini A. Babu
  Counsel for Plaintiffs

Dated:  April 27, 2012

By:        /s/
  Michelle K. Craig
  Defendants Dynamic Consultants and
  Anacon Testing Laboratories, Inc.

**ORDER**

 Based on the foregoing Stipulation of the parties, the deadlines in this action are extended as specified in the above Stipulation.

 THERE WILL BE NO FURTHER CONTINUANCES.

Dated:  April 30, 2012.       
              WILLIAM H. ALSUP
              United States District Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED / Judge William Alsup]*

Dated:                                SALTZMAN & JOHNSON LAW CORPORATION


By: _____
    Shaamini A. Babu
    Counsel for Plaintiffs

Dated:


By: *Michelle K Craig* (signature)
    Michelle K. Craig
    Defendants Dynamic Consultants and
    Anacon Testing Laboratories, Inc.


## ORDER

Based on the foregoing Stipulation of the parties, the deadlines in this action are extended as specified in the above Stipulation.


Dated: _____         _____
                                      WILLIAM H. ALSUP
                                      United States District Judge

-3-
STIPULATION AND [~~PROPOSED ORDER~~]
CV 12-0487 WHA
Miki's PowerBook:Users:michellecraig:Desktop:Stip re Response Dates 042612.doc