1  RICHARD C. JOHNSON (SBN 40881)
   SHAAMINI A. BABU (SBN 230704)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   djohnson@sjlawcorp.com
5  sbabu@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                       UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  PENSION PLAN FOR PENSION TRUST          Case No.:  CV 12-0487 WHA
    FUND FOR OPERATING ENGINEERS; F.G.
11  CROSTHWAITE and RUSSELL E. BURNS,
    as Trustees,                            **STIPULATION TO EXTEND
12                                          DEADLINES; AND [~~PROPOSED~~]
                                            ORDER**
13        Plaintiffs,
                                            Complaint Filed:     1/31/12
14  vs.                                     Judge: Honorable William H. Alsup

15  DYNAMIC CONSULTANTS, INC., a
    California corporation; ANACON TESTING
16  LABORATORIES, INC., a California
    corporation; and DOES 1-20,
17
          Defendants.
18

19        Pursuant to FED. R. CIV. P. RULE 6(b) and CIV. L.R. 6.1, Plaintiffs Pension Plan for

20  Pension Trust Fund for Operating Engineers, F.G. Crosthwaite, and Russell E. Burns

21  ("Plaintiffs"), and Defendants Dynamic Consultants, Inc. and Anacon Testing Laboratories, Inc.

22  ("Defendants") hereby stipulate as follows:

23        1.    The instant action arises under the Employee Retirement Income Security Act of

24  1974, as amended ("ERISA"), 29 U.S.C. § 1001 *et seq.*  Plaintiffs are seeking, among other things,

25  money damages, liquidated damages, injunctive relief, and attorneys' fees and costs.

26        2.    On March 19, 2012, the parties stipulated that Defendants shall have an extension

27  of time up through and including April 4, 2012, to respond to the Complaint.  Docket No. 9.

28                                                              -1-
                                          STIPULATION AND [~~PROPOSED ORDER~~]
                                                           CV 12-0487 WHA

P:\CLIENTS\OE3WL\CASES\Dynamic Consultants, Inc\Complaint\Stip re Response Dates 042612.doc

1    3.    On March 21, 2012, the court issued an order providing Defendants with an

2  extension until April 4, 2012, to respond to the Complaint pursuant to the parties' stipulation.

3  Docket No. 10.

4    4.    Defendants have produced various financial records that Plaintiffs have evaluated.

5  Defendants intend to produce additional financial records and will order copies of tax records for

6  Defendant Anacon Testing Laboratories, Inc. from Internal Revenue Services that are otherwise

7  unavailable.  The financial records are necessary for the Plaintiffs to ascertain the financial status

8  and assets of Defendants so that the parties can attempt to negotiate a settlement.

9    5.    Based on the foregoing, the parties hereby stipulate to the extension of deadlines

10  and respectfully request the Court to extend the deadlines as follows:

| Prior Date | New Date | Event | Governing Rule |
|---|---|---|---|
| 4/26/11 (Dkt # 2) | 6/7/12 | Last day to:<br>• meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification signed by parties and counsel<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | F.R.Civ.P. 26(f)<br>ADR L.R. 3.5<br>L.R.3-5<br><br>Civil L.R. 16-8 (b)<br>ADR L.R. 3-5(b)<br>Civil L.R. 16-8 (c)<br>ADR L.R. 3-5(b)-(c) |
| 5/10/12 (Dkt #2) | 6/21/12 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | F.R.Civ.P. 26(a) (1)<br>Civil L.R . 16-9 |
| 5/17/12 at 11:00 am (Dkt #2) | 6/28/12 at 11:00 am | Initial Case Management Conference | Civil L.R . 16-10 |

25    7.    The parties believe that an extension of the deadlines promotes judicial economy

26  and will help effectuate a just, speedy, and inexpensive determination of this action.  *See* FED. R.

27  CIV. P. 1.

28
                                                          -2-
                                        STIPULATION AND [PROPOSED ORDER]
                                                                    CV 12-0487 WHA

1

2   Dated:  April 27, 2012                            SALTZMAN & JOHNSON LAW CORPORATION

3

4                                                By:  _____/s/_____
                                                      Shaamini A. Babu
5                                                     Counsel for Plaintiffs

6   Dated:  April 27, 2012

7

8                                                By:  _____/s/_____
                                                      Michelle K. Craig
9                                                     Defendants Dynamic Consultants and
                                                      Anacon Testing Laboratories, Inc.
10

11

12                                               **ORDER**

13          Based on the foregoing Stipulation of the parties, the deadlines in this action are extended

14  as specified in the above Stipulation.

15          THERE WILL BE NO FURTHER CONTINUANCES.

16

17  Dated:  _April 30, 2012._____          _____
                                           WILLIAM H. ALSUP
18                                         United States District Judge

19

20

21                                         IT IS SO ORDERED
                                           AS MODIFIED
22                                         Judge William Alsup

23

24

25

26

27

28                                                                              -3-
                                                 STIPULATION AND [~~PROPOSED ORDER~~]
                                                 CV 12-0487 WHA

P:\CLIENTS\OE3WL\CASES\Dynamic Consultants, Inc\Complaint\Stip re Response Dates 042612.doc

Dated:                SALTZMAN & JOHNSON LAW CORPORATION

By: _____
        Shaamini A. Babu
        Counsel for Plaintiffs

Dated:

By: _Michelle K Craig_
        Michelle K. Craig
        Defendants Dynamic Consultants and
        Anacon Testing Laboratories, Inc.

### ORDER

Based on the foregoing Stipulation of the parties, the deadlines in this action are extended as specified in the above Stipulation.

Dated: _____  _____
        WILLIAM H. ALSUP
        United States District Judge

-3-
STIPULATION AND [PROPOSED ORDER]
CV 12-0487 WHA
Miki's PowerBook:Users:michellecraig:Desktop:Stip re Response Dates 042612.doc