United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST, FUND FOR OPERATING ENGINEERS, F.G. CROSTHWAITE and RUSSELL E. BURNS, as Trustees,<br><br>Plaintiffs,<br><br>v.<br><br>DYNAMIC CONSULTANTS, INC., a California corporation, ANACON TESTING LABORATORIES, INC., a California corporation, and DOES 1–20,<br><br>Defendants. | No. C 12-00487 WHA<br><br>**ORDER DENYING VACATING OF CASE MANAGEMENT CONFERENCE** |

The case management conference has been continued twice at plaintiff's request since filing their complaint in January 2012. Plaintiffs now ask the Court to vacate it. The case management conference will remain on **JULY 12, 2012, AT 11:00 A.M.**, until plaintiffs file their motion for default motion, at which time the Court will move the case management conference to the motion date.

**IT IS SO ORDERED.**

Dated: June 21, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE