United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST, FUND FOR OPERATING ENGINEERS, F.G. CROSTHWAITE and RUSSELL E. BURNS, as Trustees,<br><br>Plaintiffs,<br><br>v.<br><br>DYNAMIC CONSULTANTS, INC., a California corporation, ANACON TESTING LABORATORIES, INC., a California corporation, and DOES 1–20,<br><br>Defendants.<br>_____/ | No. C 12-00487 WHA<br><br>**ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AND CASE MANAGEMENT CONFERENCE** |

The Court **CONTINUES** the hearing on plaintiffs' motion for default judgment, as well as the case management conference, to **AUGUST 23, 2012, AT 8:00 A.M.** Please file a joint case management statement at least seven days prior.

**PLAINTIFFS MUST SERVE A COPY OF THIS ORDER ON ALL DEFENDANTS.**

**IT IS SO ORDERED.**

Dated: July 10, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE