IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST, FUND FOR OPERATING ENGINEERS, F.G. CROSTHWAITE and RUSSELL E. BURNS, as Trustees,<br><br>Plaintiffs,<br><br>v.<br><br>DYNAMIC CONSULTANTS, INC., ANACON TESTING LABORATORIES, INC., and DOES 1–20,<br><br>Defendants. | No. C 12-00487 WHA<br><br>**JUDGMENT** |

For the reasons stated in the accompanying order granting default judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of Pension Plan for the Pension Trust Fund for Operating Engineers, F.G. Crosthwaithe and Russell E. Burns and against Dynamic Consultants, Inc., and Anacon Testing Laboratories, Inc., in the amount of $1,448,339.98. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: October 11, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE